UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-69 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JIANGUO HAN, ZHIWEN LIN, and BING HAN, | |
| Defendant(s). | |

Presently before the court is the case of *United States v. Han et al.*, 2:15-cr-00069-JCM-NJK.

This case involves three co-defendants. On May 18, 2015, defendant Zhiwen Lin ("Lin") filed a stipulation to continue trial without even mentioning that there were other defendants. (Doc. # 39). On May 19, 2015, the court entered an order granting the stipulation and continuing trial for defendant Lin to September 14, 2015. (Doc. # 42). Defendants Jianguo Han and Bing Han are currently set for trial on June 29, 2015. (Doc. # 46).

Upon further review, the court finds that defendant Lin's stipulation should not have been granted. Defendant Lin's stipulation had the effect of setting defendants for different trial dates in this case. The court finds this to be improper because defendants in this case are not severed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court's May 19, 2015, order to continue, (doc. # 42), be, and the same hereby is, VACATED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendant Zhiwen Lin's stipulation to continue, (doc. #
2  39), be, and the same hereby is, DENIED.
3  DATED June 3, 2015.

_____
UNITED STATES DISTRICT JUDGE